# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SHERMAN P.,
          Plaintiff,

                                 Civil No. 2:25-CV-13678

v.

                                 Hon. Brandy R. McMillion

FRANK BISIGNANO,                Hon. Elizabeth A. Stafford

COMMISSIONER
OF SOCIAL SECURITY,
          Defendant.

_____/

## STIPULATION TO REMAND TO THE COMMISSIONER

The parties hereby jointly move the Court to reverse and remand this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and enter judgment in favor of Plaintiff.

Should the Court grant the joint motion to remand, per the Sixth Circuit's recent decision in *Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026), it should articulate that it is reversing and remanding for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify the merits errors that ground it. The parties agree that this Court should enter judgment reversing and remanding to the agency for further administrative proceedings based on deficits in the ALJ's consideration of the medical opinions.

On remand, the Appeals Council will instruct the ALJ to further consider Plaintiff's claim and re-evaluate the residual functional capacity, taking any further action necessary to complete the administrative record, offering Plaintiff a hearing, and issuing another decision.

WHEREFORE, the parties request that this Court order remand of this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/ Rachel Julis
Rachel Julis
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
312.596.1853
rachel.julis@ssa.gov[1]

/s/ Nicole L. Thompson[2]
Nicole L. Thompson
22461 Wildwood Street
St. Clair Shores, MI 48081
517.614.2194
thomps74@hotmail.com

---

[1] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

[2] Signed with consent obtained by email by Special Assistant United States Attorney Rachel Julis, received on April 17, 2026.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHERMAN P.,
      Plaintiff,

                                  Civil No. 2:25-CV-13678

v.

                                  Hon. Brandy R. McMillion

FRANK BISIGNANO,          Hon. Elizabeth A. Stafford
COMMISSIONER
OF SOCIAL SECURITY,
      Defendant.
_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

This matter is before the Court on the parties' Stipulation to Remand to the Commissioner, and the Court being otherwise fully advised in the premises;

Remand is hereby **GRANTED**, and this case is **REVERSED AND REMANDED** to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings. This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to the medical opinions. On remand, the Administrative Law Judge will further consider Plaintiff's claim,

including reevaluation of the residual functional capacity, take any further action necessary to complete the administrative record, offer a hearing, and issue a new decision.

**IT IS SO ORDERED.**

Dated:  April 20, 2026

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge